1

2   Name: elliott, russell & elliott, nelly and in interest of (Minors) E, D & E, A

3   Address: P.O. BOX 2663 CHULA VISTA, CA 91912

4   Telephone Phone:

5   Email: plata2020@protonmail.com

**FILED**

Mar 06 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ GloriaVocal   DEPUTY

8   **UNITED STATES DISTRICT COURT**

9   **SOUTHERN DISTRICT OF CALIFORNIA**

10

| elliott, russell, elliott, nelly (minors) E, D & E, A,<br><br>Plaintiff(s),<br>v.<br>SPE TERRA NOVA APARTMENT OWNERS LLC., APARTMENT MANAGEMENT CONSULTANTS LLC., VICTORIA ORR, MONICA FLORES, VICTOR, DOE'S (1-9),<br><br>Defendant(s). | Case No.: **'24CV0447 BAS JLB**<br>(assigned at time of filing)<br><br>**COMPLAINT**<br><br>(42 USC §3602) HOUSING DISCRIMINATION FAMILIAL STATUS, SEX, DISABILITY, NATIONAL ORIGIN,<br>INTIMIDATION (42 USC §3617) |
|---|---|

13   **I.   RELATED CASES**

14   a.   Do you have other Civil Case(s) in this or any other
15   federal court?

16   ☐ Yes   ☒ No
17   b.   If yes, please list the case numbers here:

18

19   **II.   STATEMENT OF CLAIM** *(Briefly state the facts of your case.*
20   *Describe how*

21   *each defendant is involved, and tell what each defendant did to you that caused*

1

22  *you to file this suit against them. Include names of any other persons involved,*
23  *dates, and places.)*
24   VICTORIA ORR: Location: Terra Nova Villas Apartments, 440 e. h. St. Chula
25  Vista, CA 91910 VICTORIA ORR apartment manager (defendant) had deprived
26  us (Plaintiffs) children/and accompanying parents repeatedly (for years)
27  denied use of common area gyms, yoga room, grass etc. constituting housing
28  discrimination based on familial status (42 U.S.C 3602(k) (l); 24 C.F.R. 100.20.)
29  and disability and or race/ethnicity (42 U.S. Code § 3604). The most recent
30  Discriminatory act happened on March 9 2022 and cannot be reasonably
31  challenged as Victoria Orr was so brazen instating her discriminatory actions
32  that Victoria Orr sent an email stating ["The sidewalks are not a playground
33  area. We have 2 playgrounds for your children to play, not out front on the
34  common sidewalks or the grass area in front of the building. This is a common
35  area and not to be used for play and toys."- Victoria Orr community
36  manager.]

37   MONICA FLORES employee at Terra Nova Villas apt. was aware of the
38  unlawful discriminatory acts (42 U.S. Code § 3604) being committed by
39  Victoria Orr (42 USC*§1986 Action for neglect to prevent)* and on occasion
40  acted as a "messenger" on behalf of Victoria Orr to deprive us our rights.

42   SPE TERRRA NOVA VILLAS APARTMENT OWNERS LLC.
43  LOCATION: TERRA Nova apartments 440 e. h. St. Chula Vista CA 91910
44  SPE terra Nova APT OWNERS LLC. (Defendant) is implicated due to the
45  fiduciary obligations they owed to (plaintiffs), due to this unlawful
46  discrimination taking place on their principal property and business (Terra
47  Nova apts.).
48   APARTMENT MANAGEMENT CONSULTANTS LLC.
49   Location 440. e. h. St. Chula vista, CA 91910
50   Apartment management consultants (defendants)is implicated (42 USC*§1986*
51  *Action for neglect to prevent)* due to their position of an employer/servicer of
52  staff at Terra Nova villas and is presumed to have known of these malicious
53  violations due to the fact that all Emails in regards to the property Terra Nova
54  apartments in Chula Vista California is routed through their email server
55  example from the following email addresses: terranova@amcllc.net
56  ,tnamgr@amcllc.net .

57
58  VICTOR(Terra Nova Maintenance employee) -location: Terra Nova Villas
59  Apartments, 400 east. H.ST. Chula Vista, CA 91910. On approx. march 9 2022 Victor
60  (defendant) approached plaintiff elliott, nelly and delivered a message along the lines
61  of "The manager Victoria sent me to tell you that chalk and toys are not allowed to
62  play on grass or in front of the buildings." defendant was berating plaintiff about toys
63  and chalk that were "assumed" to belong to us (plaintiffs) and or children, even though
64  other children were present only our (plaintiffs) children were singled out. Plaintiff
65  elliott, nelly asserted her rights and informed Victor that any communications from
66  Victoria Orr(defendant) be in the form of writing due to Victoria Orr's constant abuse
67  of authority and outlandish demands.
68
69
70
71
72
73
74
75
76
77
78
79
80
81
82
83
84
85
86
87

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Plaintiffs seek punitive/exemplary relief from Defendants. Plaintiffs respectfully request relief in the amount of $555,555 (FIVE-HUNDRED FIFTY FIVE THOUSAND AND FIVE-HUNDRED FIFTY-FIVE DOLLARS (U.S)) as well as double or treble damages if deemed appropriate, and/or interest incurred in the event defendant(s) fails to pay or unnecessarily lengthens litigation through vexatious actions. Furthermore Plaintiffs seek Notarized and/or public apology by the defendant(s) to relieve plaintiffs elliott, russell, elliott, nelly, minors E, D & E, A of false burden, false light, placed upon them by defendant(s) acts and misconduct. Plaintiffs seek this relief from Defendants to compensate for damages tangible and non-tangible and any potential future damages not yet known.

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

03/05/2024
Date

elliott, russell allrightsreserved
Signature

elliott, russell
Printed Name

I declare under penalty of perjury that the foregoing is true and correct.

03/05/2024
Date

elliott nelly all right reserved
Signature

elliott nelly
Printed Name

5

# Sidewalk Chaulk

| | |
|---|---|
| From | Terra Nova Manager <tnamgr@amcllc.net> |
| To | plata2020@protonmail.com |
| CC | Terra Nova<terranova@amcllc.net> |
| Date | Wednesday, March 9th, 2022 at 4:11 PM |

Per your request we are writing to let you know that your children are not allowed to write all over the sidewalks with chalk on the common sidewalks! This also includes the stairs.

Not only does it look unsightly but, your neighbors complaining. The sidewalks are not a playground area. We have 2 playgrounds for your children to play, not out front on the common sidewalks or the grass area in front of your building. This is common area and not to be used for play and toys.

Your cooperation is appreciated.

Thank you,

**Victoria Orr | Community Manager**

440 East H St, | Chula Vista, Ca 91910
P. 619-427-7363 | E. terranova@amcllc.net | W. http://www.terranovaapts.com
Broker License: 1913664



T E R R A  N O V A
V I L L A S

  

  

This message is intended only for the use of the individual(s) or entity to which it is addressed and may contain information that is privileged, confidential, and/or proprietary to Apartment Management Consultants and its affiliated companies. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, forwarding or copying of this communication is prohibited without the express permission of the sender. If you have received this communication in error, please notify the sender immediately and delete the original message. Broker License #1913664