# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL ELLIOT and NELLY ELLIOT, | Case No. 24-cv-00447-BAS-JLB |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO COMPEL RELEASE OF MAIL WITH PREJUDICE (ECF No. 78)** |
| v. | |
| SPE TERRA NOVA APARTMENT OWNERS LLC., *et. al*, | |
| Defendants. | |

For the reasons discussed below, the Court **DENIES WITH PREJUDICE** Plaintiffs' motion to compel the United States Postal Service ("USPS") to release mail. (ECF No. 78.)

There are limited circumstances in which the Court can compel third parties to participate in an action, such as issuing a subpoena for non-party witnesses to testify. *See e.g.*, *Kim v. Liberty Mut. Grp., Inc.*, No. CV 10-4862 ODW FMOX, 2011 WL 5294841, at *3 (C.D. Cal. Nov. 4, 2011). Generally, courts cannot issue orders against individuals who

24cv447

are not parties to a suit pending before it. *See Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100 (1969). Here, Plaintiffs' motion (ECF No. 78) is not discovery-related and does not present any other bases for the Court to hale a non-party into the current action. Moreover, the current deadline to amend the pleadings to the current action and join the USPS as a defendant—May 30, 2025—has passed. (ECF No. 29 ¶ 3.)

Thus, the Court **DENIES WITH PREJUDICE** Plaintiffs' motion to compel (ECF No. 78).

**IT IS SO ORDERED.**

**DATED: February 4, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

24cv447