# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL ELLIOTT, *et. al*,<br><br>                              Plaintiffs,<br><br>      v.<br><br>SPE TERRA NOVA APARTMENT OWNERS LLC, *et. al*.,<br><br>                              Defendants. | Case No. 24-cv-00447-BAS-JLB<br><br>**ORDER STRIKING WITHOUT PREJUDICE EX PARTE MOTION TO DISQUALIFY DEFENSE COUNSEL (ECF No. 121)** |

Pending before the Court is an Ex Parte Motion to Disqualify Defense Counsel ("Motion") submitted by Plaintiffs Russell Elliott and Nelly Elliott.  (ECF No. 121.)

On May 11, 2026, Magistrate Judge Jill L. Burkhardt held: "Future filings of *ex parte* applications that do not qualify for *ex parte* treatment will be stricken from the docket and not addressed on the merits."  (ECF No. 107 at 6:21-22.)  Plaintiffs have not demonstrated that *ex parte* relief is warranted.  (*Id*. at 6:4-19 (quoting *Horne v. Wells Fargo Bank, N.A.*,

24cv447

969 F. Supp. 2d 1203, 1225 (C.D. Cal. 2013).)  In addition, even if it were warranted, Plaintiffs have not filed a declaration accompanying their *ex parte* application documenting effort to contact opposing counsel or good faith otherwise.  *See* Standing Order § 6; *see also* CivLR 83.3(g).

Thus, for the reasons above, the Court **STRIKES WITHOUT PREJUDICE** Plaintiffs' Motion.  (ECF No. 121.)

**IT IS SO ORDERED.**

**DATED: June 2, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

24cv447